AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ANTHONY SOTIN,

JUDGMENT IN A CIVIL CASE

v.

RYAN SNIDER

CASE NUMBER: CV-07-325-RHW

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The plaintiff, Anthony Sotin, recover nothing and the action be dismissed on the merits.

| | |
|---|---|
| 5/21/2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Michelle Fox |
| | *(By) Deputy Clerk* |
| | Michelle Fox |